[No. 27600-3-II. Division Two. August 23, 2002.]

*In the Matter of the Welfare of* B.B.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-7-01922-3, Bryan E. Chushcoff, J., entered July 3, 2001. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Seinfeld, J.


[No. 47083-3-I. Division One. August 26, 2002.]

JOHN E. COLBURN, ET AL., *Appellants*, v. RICHARD D. PETERSEN, ET AL., *Respondents*.

Appeal from judgments of the Superior Court for Skagit County, No. 96-2-01393-8, John M. Meyer, J., entered May 17, and June 15, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Becker, C.J., concurred in by Coleman and Schindler, JJ.


[No. 47855-9-I. Division One. August 26, 2002.]

RIVERVIEW SCHOOL DISTRICT No. 407, *Respondent,* v. LOADMASTER SYSTEMS, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-2-24957-9, Sharon S. Armstrong, J., entered November 13, 2000. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Cox, A.C.J., concurred in by Kennedy and Ellington, JJ.


[No. 48518-1-I. Division One. August 26, 2002.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL BUFFINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-10878-4, Douglas D. McBroom, J., entered May 11, 2001. *Affirmed* by unpublished per curiam opinion.